## AMERICANA ASSOCIATES, A LIMITED PARTNERSHIP v. BOROUGH OF FORT LEE.

July 21, 1977. Certification to the Superior Court, Law Division is granted; and it is further ordered that the cause is remanded to the Superior Court, Law Division, to conduct a plenary hearing in accordance with the directions given by this Court in the matter of *Harry B. Helmsley, et al. v. Borough of Fort Lee* (A–2515–76); and it is further ordered that jurisdiction is retained.

## CITY OF NEWARK v. NATURAL RESOURCE COUNCIL IN THE DEPARTMENT OF ENVIRONMENTAL PROTECTION.

July 27, 1977. Petition for certification is granted and the matter is summarily remanded to the Appellate Division for clarification of that portion of its opinion dealing with the trial court's order of October 15, 1975.